*Messrs. J. L. London* and *Walter H. Saunders* for petitioner. *Messrs. James C. Jones, William O. Reeder, James C. Jones, Jr.,* and *Louis H. Cooke* for respondent.

No. 991. DILL *v.* COLORADO. See *ante,* p. 609.

No. 1044. PATTEN *v.* UNITED STATES. May 21, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Walter J. Patten, pro se.* No appearance for the United States.

No. 859. STRIPLIN *v.* LAWRENCEBURG WAREHOUSE Co. ET AL. May 21, 1934. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Messrs. George S. Wright, C. M. Smithdeal,* and *Alex. W. Spence* for petitioner. *Mr. Wm. M. Hall* for respondents.

No. 917. BAUSCH & LOMB OPTICAL Co. *v.* UNITED STATES. May 21, 1934. Petition for writ of certiorari to the Court of Claims denied. *Mr. E. Willoughby Middleton* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Sweeney* for the United States.

No. 932. DUNN *v.* INTERSTATE BOND Co. ET AL. May 21, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. W. Larsen* for petitioner. *Solicitor General Biggs, As-*